IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WAYNE MILLER, on behalf of himself and all others similarly situated, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:18-CV-538-RP |
| MV TRANSPORTATION, INC., | | |
| Defendant. | | |

# FINAL JUDGMENT

On July 29, 2020, the parties filed a joint motion for approval of their settlement agreement and a stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41. (Mot., Dkt. 61; Dkt. 62). The Court issued an order approving of the parties' settlement agreement and granting in part the parties' motion to file the settlement agreement under seal on November 3, 2020. (Dkt. 66). The Court ordered the parties to file a proposed redacted settlement, which the parties filed on November 9, 2020. (Dkt. 67). The settlement agreement disposes of all of plaintiffs' claims. (*See id.*). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on November 12, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE